```
1  CAMELLIA BARAY, State Bar #179219
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Drive, Suite 312
   Hayward, CA 94545
3  (510) 785-8400
   FAX (510) 670-0955
4
   Attorneys for Defendant
5  EDWARD LEE
```

**FILED**

DEC 20 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

v.

EDWARD LEE,

        Defendant.

No.: CR-06-00706 WDB

STIPULATION TO CONTINUE HEARING DATE AND [~~PROPOSED~~] ORDER

IT IS HEREBY STIPULATED by and between the parties that the above entitled matter, presently scheduled for December 20, 2006, at 10:00 a.m. before Magistrate Judge Brazil, be continued to January 3, 2007, at 10:00 a.m.

The reason for the continuance is that the defendant, Mr. Lee, is scheduled for a medical appointment, and possible surgery, the morning of December 20, 2006.

IT IS SO STIPULATED.

Dated: December 19, 2006

        BONJOUR, THORMAN, BARAY & BILLINGSLEY

        BY: /s/ CAMELLIA BARAY
            CAMELLIA BARAY
            Attorney for Edward Lee

*cc: WDB's Stats, Copy to parties via ECF*

Dated: December 19, 2006          OFFICE OF THE U.S. ATTORNEY


BY: /s/ SHASHI KEWALRAMANI
SHASHI KEWALRAMANI
Assistant U.S. Attorney


**ORDER**

Based on the approval of the parties and good cause appearing therefore, IT IS ORDERED that the hearing currently scheduled for December 20, 2006 at 10:00 a.m. be continued to January 3, 2007 at 10:00 a.m. before Magistrate Judge Brazil.

Dated: December 20, 2006

_____
WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE