Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Ed Lee

FILED

FEB 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD LEE,<br><br>Defendant. | No. CR 06-00706 WDB<br><br>[PROPOSED] ORDER AND STIPULATION CONTINUING STATUS, DISPOSITION, OR TRIAL SETTING HEARING |

The government and Defendant Edward Lee hereby stipulate as follows:

1. The parties are currently scheduled for a status, disposition, or trial setting hearing on February 14, 2007 at 10:00 a.m. before Mag. Judge Brazil.

2. Defendant's attorney has had to leave the state on a family matter and will be out of the office from February 9 - February 19.

3. Due to defense counsel's unavailability, the parties stipulate that the status, disposition, or trial setting hearing currently scheduled for February 14, 2007 be vacated and rescheduled for February 28, 2007 at 10:00 a.m.

STIPULATION AND ORDER
CR 06-00706 WDB

cc: WDB's Stats, Copy to parties via ECF

4. Defendant Edward Lee waives his right to a speedy trial in order to afford counsel sufficient time to prepare his defense and continue negotiation with the US Attorney.

IT IS SO STIPULATED.

DATED: February 13, 2007

/s/
SHASHI KEWALRAMANI
Assistant United States Attorney

DATED: February 13, 2007

/s/
CAMELLIA BARAY
Attorney for Edward Lee

IT IS SO ORDERED.

DATED: 2/13/07

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER
CR 06-00706 WDB                     2